IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEVORY W. HICKMON, SR.,
    Plaintiff,

vs.                        CASE NO.:  3:08cv234/MCR/MD

FEDERAL BUREAU OF INVESTIGATION,
    Defendant.
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 12, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g), and the clerk is directed to close the file.

DONE AND ORDERED this 19th day of August, 2008.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE